IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VONICE CHARELLE GREEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-5631

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed December 16, 2015.

An appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Nancy A. Daniels, Public Defender, and Megan Long, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Michael Schaub and Matthew Pavese,
Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WETHERELL, ROWE, and RAY, JJ., CONCUR.